UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:24-cv-00589-MPB-MJD ) ) |
| A&M EQUIPMENT, INC., INDIANA FARMERS MUTUAL INSURANCE COMPANY, as subrogee of Scott Holding Company, Inc. and FITESA INDIANA, LLC, | ) ) ) ) ) |
| Defendants. | ) |

**NOTICE OF SETTLEMENT**

Plaintiff Colony Insurance Company, by counsel and pursuant to S.D. Ind. L.R. 7-1(h), hereby notifies the Court that the parties have reached a settlement in this matter. Plaintiff respectfully requests that the Court vacate all deadlines, trial dates, and the telephonic Status Conference currently set for May 27, 2025, at 2:00 P.M. The parties are working to finalize the settlement and related documents and anticipate a stipulation of dismissal to be filed within 30-60 days.

Respectfully submitted,

*/s/ Dennis F. Cantrell*
Dennis F. Cantrell, #10794-49

*/s/* Zachary J. Reichle
Zachary J. Reichle, #37313-49

*Counsel for Plaintiff, Colony Insurance Company*

STOLL KEENON OGDEN PLLC
The Emelie Building
334 North Senate Avenue
Indianapolis, IN 46204
Telephone:   (317) 464-1100
Facsimile:   (317) 464-1111
Email:       Dennis.Cantrell@skofirm.com
             Zachary.Reichle@skofirm.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2025 the foregoing document was filed electronically by using the Court's CM/ECF System. Notice will be sent to the following by the court's electronic filing system and/or First Class, United States Mail, postage prepaid:

Michelle A. Cobourn-Baurley
MCNEELY LAW LLP
2177 Intelliplex Drive, Suite 202
Shelbyville, IN 46176
*Counsel for Defendant, Indiana Farmers Mutual Insurance Company, as Subrogee of Scott Holding Company, Inc.*

Peter A. Schroeder
NORRIS CHOPLIN SCHROEDER LLP
101 West Ohio Street, Ninth Floor
Indianapolis, IN 46204
*Counsel for Defendant, Fitesa Indiana LLC*

Richard K. Shoultz
C. Chase Wilson
LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201
*Counsel for Defendant, A&M Equipment, Inc.*

                                              */s/ Dennis F. Cantrell*
                                              Dennis F. Cantrell