UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:24-cv-00589-MPB-MJD |
| A&M EQUIPMENT, INC., INDIANA | ) |
| FARMERS MUTUAL INSURANCE | ) |
| COMPANY, as subrogee of Scott Holding | ) |
| Company, Inc. and FITESA INDIANA, LLC, | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Colony Insurance Company and Defendants A&M Equipment, Inc., Indiana Farmers Mutual Insurance Company, as subrogee of Scott Holding Company, Inc. and Fitesa Indiana, LLC, by their respective counsel and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree to the dismissal of the above-captioned lawsuit with prejudice, each party to bear their own costs and fees.

Respectfully submitted,

*/s/ Dennis F. Cantrell*  
Dennis F. Cantrell, # 10794-49  
Zachary J. Reichle, #10794-49  
STOLL KEENON OGDEN PLLC  
The Emelie Building  
334 North Senate Avenue  
Indianapolis, IN 46204  
Ph: (317) 464-1100; F: (317) 464-1111  
Dennis.Cantrell@skofirm.com  
Zachary.Reichle@skofirm.com  

*Counsel for Plaintiff*

*/s/ Michelle A. Cobourn-Baurley (w/ permission)*  
Michelle A. Cobourn-Baurley, #27063-49  
MCNEELY LAW LLP  
2177 Intelliplex Drive, Suite 202  
Shelbyville, IN 46176  
Ph: (317) 825-5230; F: (317) 825-5250  
mcobourn-baurley@mcneelylaw.com  

*Counsel for Defendant Indiana Farmers Mutual Insurance Company, as subrogee of Scott Holding Company, Inc.*

| | |
|---|---|
| */s/ Peter A. Schroeder (w/ permission)* | */s/ Richard K. Shoultz (w/ permission)* |
| Peter A. Schroeder, #1587-49 | Richard K. Shoultz, #15558-73 |
| NORRIS CHOPLIN SCHROEDER LLP | C. Chase Wilson, #38386-29 |
| 101 W. Ohio Street, Ninth Floor | Lewis Wagner LLP |
| Indianapolis, IN46204 | 1411 Roosevelt Avenue, Suite 102 |
| Ph: (317) 269-9330; F: (317) 269-9338 | Indianapolis, IN 46201 |
| pschroeder@ncs-law.com | Ph: (317) 237-0500; F: (317) 630-2790 |
| | rshoultz@lewiswagner.com |
| *Counsel for Defendant Fitesa Indiana, LLC* | cwilson@lewiswagner.com |
| | |
| | *Counsel for Defendant A&M Equipment, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's ECF. Parties may access this filing through the Court's system:

Michelle A. Cobourn-Baurley
Mcobourn-baurley@mcneelylaw.com
***Counsel for Defendant Indiana Farmers Mutual Insurance Company***
***as subrogee of Scott Holding Company, Inc.***

Peter A. Schroeder
pschroeder@ncs-law.com
***Counsel for Defendant Fitesa Indiana, LLC***

Richard K. Shoultz
rshoultz@lewiswagner.com
C. Chase Wilson
cwilson@lewiswagner.com
***Counsel for Defendant A&M Equipment, Inc.***

*Dennis F. Cantrell*
Dennis F. Cantrell