UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:24-cv-00589-MPB-MJD |
| A&M EQUIPMENT, INC., INDIANA FARMERS MUTUAL INSURANCE COMPANY, as subrogee of Scott Holding Company, Inc. and FITESA INDIANA, LLC, | ) |
| Defendants. | ) |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Colony Insurance Company and Defendants A&M Equipment, Inc., Indiana Farmers Mutual Insurance Company, as subrogee of Scott Holding Company, Inc., and Fitesa Indiana, LLC, by their respective counsel, filed a *Joint Stipulation of Dismissal*, stipulating that the above-captioned lawsuit shall be dismissed with prejudice, each party to bear their own costs and fees.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that this entire action is hereby dismissed <u>with prejudice</u>, each party to bear their own costs and fees.

SO ORDERED.

Date: August 7, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution to: All Counsel of Record

1